METTS v. PIVER

No. 664PA87.

Case below: 87 N.C. App. 509.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 6 April 1988. Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 6 April 1988.

N.C. BAPTIST HOSPITALS, INC. v. MITCHELL

No. 34PA88.

Case below: 88 N.C. App. 263.

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 6 April 1988.

PARDUE v. PARDUE

No. 36P88.

Case below: 88 N.C. App. 312.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

RALEIGH-DURHAM AIRPORT AUTHORITY v. HOWARD

No. 32P88.

Case below: 88 N.C. App. 207.

Petition by defendant (Howard) for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.

SEAFARE CORP. v. TRENOR CORP.

No. 79P88.

Case below: 88 N.C. App. 404.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 6 April 1988.